McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone (916) 554-2716



FILED

JUN 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH OF 1860 SERENA AVENUE CLOVIS, CALIFORNIA | No. 2:07-sw-00150 GGH<br><br>**APPLICATION TO UNSEAL SEARCH WARRANT AND [proposed] ORDER** |

On June 1, 2007, this Court issued the above-captioned search warrant and sealed it until further order of the Court. Recently, the defendant was indicted by a federal grand jury, case number 2:07-cr-00266 FCD. The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

Dated: June 19, 2007

                                                   Respectfully submitted,

                                                   McGREGOR W. SCOTT
                                                   United States Attorney

By: _____
     ELLEN V. ENDRIZZI
     Assistant U.S. Attorney

1

## O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Application to Unseal Search Warrant, filed in case number 2:07-sw-00150 GGH, is GRANTED.

DATED: June 20, 2007

GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge